IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| PHILLIP L. YANKEN, | |
|---|---|
| Plaintiff, | 7:19-CV-5002 |
| vs. | JUDGMENT |
| WAL-MART STORES, INC., | |
| Defendant. | |

On the parties' stipulation of dismissal with prejudice (filing 22), this case is dismissed with prejudice, with each party to pay their own costs and attorney's fees.

Dated this 5th day of November, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge